JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB; JESSIE JAMES DAVIS IV, UAAAC MEMBER,**<br><br>Plaintiffs<br><br>v.<br><br>**ADVANCED GROUP 14-110, A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1 THROUGH 10, Inclusive**<br>Defendants | Case No.: 8:18-cv-00231-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)]<br><br>Hon. Josephine L. Staton<br>Date: NA<br>Time: NA<br>Ctrm: 10-A<br>Santa Ana Courthouse |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2) and the Joint Stipulation For Dismissal With Prejudice on file herein, that Defendant ADVANCED GROUP 14-110, A CALIFORNIA LIMITED PARTNERSHIP be dismissed with prejudice from Plaintiffs' Complaint and that Plaintiffs' Complaint be dismissed with prejudice in its entirety. Each party shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: September 4, 2018

_____
JOSEPHINE L. STATON
Honorable Josephine L. Staton
United States District Judge